# United States District Court Violation Notice

CVB Location Code: M4 95

**Violation Number:** 4072152
**Officer Name (Print):** Farrell
**Officer No.:** 269

4072152

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 4/25/15 324
**Offense Charged:** MDTA 21-309(b)

**Place of Offense:** N/B B/W PKWY S/O 410

**Offense Description; Factual Basis for Charge:**
Fail to stay in one lane    56

## DEFENDANT INFORMATION

**Last Name:** Omomo
**First Name:** Eyitayo
**M.I.:** O

**Tag No.:** E20EYU
**State:** NJ
**Year:** 00
**Make/Model:** Hond Acc
**Color:** Gold

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT → N/A

Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
          Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
          Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident