IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL CASE NO. 15-PO-06254 |
| EYITAYO OMOMO | * | |

GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by and through Rod J. Rosenstein, United States Attorney for the District of Maryland, and Jane F. Nathan, Assistant United States Attorney, requests this Honorable Court to move the above-entitled case from August 20, 2015 to the next available MY-95 court date, as the arresting officer has just been advised she has been chosen for a class in Pedestrian and Bicyclist Crash Reconstruction which runs from August 17th-21st. This is the first time the government has requested a continuance.

**THEREFORE,** the government respectfully requests to have this trial moved to the next available MY-95 court date.

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney for the District of Maryland

____/s/_____
Jane F. Nathan
Assistant United States Attorney
6500 Cherrywood Lane, Room 200
Greenbelt, Maryland   20770
301-344-4034; fax: 301-344-4516